AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mickey R. Brooks ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   9:09-cv-02691-RMG |
| Commissioner of the Social Security Administration ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court accepts the Magistrate Judge's Report and Recommendation. It is ordered and adjudged that the Commissioner's decision to deny benefits is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge

Date:   April 12, 2011                                              *CLERK OF COURT*

                                                                    s/ John P. Bryan, Jr.
                                                           _____
                                                              *Signature of Clerk or Deputy Clerk*